[No. 73205-6-I.   Division One.   April 18, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA TAUTUA
TANOAI, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-00265-8, Michael T. Downes, J., entered March 4, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Leach, JJ.

[No. 73364-8-I.   Division One.   April 18, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN ALLEN SCOTT,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-06974-6, Hollis R. Hill, J., entered April 10, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Leach, JJ.

[No. 73419-9-I.   Division One.   April 18, 2016.]

*In the Matter of the Detention of* J.M.

THE STATE OF WASHINGTON, *Respondent*, v. J.M., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-6-00942-1, Ken Schubert, J., entered April 3, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Becker and Cox, JJ.

[Nos. 73602-7-I; 73603-5-I;   Division One.   April 18, 2016.]
    73604-3-I; 73605-1-I.

THE STATE OF WASHINGTON, *Respondent*, v. NEIL GAURANG
JHAVERI, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 15-1-00289-3, May 18, 2015, J., entered Millie M. Judge. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, C.J., and Trickey, J.